**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| Alicia Ann Reynolds,                )  | |
|                                      )  | Civil Action No. 1:19-cv-00558 |
|         Plaintiff,                   )  | |
|                                      )  | |
|         v.                           )  | |
|                                      )  | |
| Richard J. Addi,                     )  | |
|                                      )  | |
|         Defendant.                   )  | |
|                                      )  | |

## NOTICE OF APPEARANCE

WILL THE COURT please enter the appearance of the undersigned as counsel for the Defendant, Richard J. Addi, in the above styled matter.

        Respectfully Submitted,

        Richard J. Addi
        By Counsel

VANDERPOOL, FROSTICK & NISHANIAN, P.C.

By  /s/ Brett A. Callahan
Brett A. Callahan, Esq. (VSB #33385)
Vanderpool, Frostick & Nishanian, P.C.
9200 Church Street, Suite 400
Manassas, Virginia 20110
Telephone: (703) 369-4738
Facsimile: (703) 369-3653
bcallahan@vfnlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 24, 2019, the foregoing Notice of Appearance was filed electronically. Service of the filing will be made on all ECF registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> By  /s/ Brett A. Callahan
> Brett A. Callahan, Esq. (VSB #33385)
> Vanderpool, Frostick & Nishanian, P.C.
> 9200 Church Street, Suite 400
> Manassas, Virginia 20110
> Telephone: (703) 369-4738
> Facsimile: (703) 369-3653
> bcallahan@vfnlaw.com