**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| Alicia Ann Reynolds, ) | |
| ) | Civil Action No. 1:19-cv-00558 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Richard J. Addi, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT RICHARD C. ADDI'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

**COMES NOW** the Defendant Richard J. Addi ("Defendant"), by counsel, and moves the Court to dismiss Plaintiff Alicia Ann Reynolds ("Plaintiff")'s Complaint against him pursuant to Rule 12(b)(1), Fed. R. Civ. P., for lack of subject matter jurisdiction, and Rule 12(b)(6), Fed. R. Civ. P., for failure to state a claim upon which relief may be granted, for the reasons set forth in the Memorandum filed together with this Motion to Dismiss.

Respectfully submitted,

Richard J. Addi
By Counsel
      /s/   Brett A. Callahan
Kristina Keech Spitler, Esq. (VSB #29028)
Brett A. Callahan, Esq. (VSB #33385)
Vanderpool, Frostick & Nishanian, P.C.
9200 Church Street, Suite 400
Manassas, Virginia 20110
Telephone: (703) 369-4738
Facsimile: (703) 369-3653
kspitler@vfnlaw.com
bcallahan@vfnlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 24, 2019, the foregoing Defendant, Richard J. Addi's Motion to Dismiss Plaintiff's Complaint was filed electronically.  Service of the filing will be made on all ECF registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                  /s/  Brett A. Callahan
                                 Kristina Keech Spitler, Esq. (VSB #29028)
                                 Brett A. Callahan, Esq. (VSB #33385)
                                 Vanderpool, Frostick & Nishanian, P.C.
                                 9200 Church Street, Suite 400
                                 Manassas, Virginia 20110
                                 Telephone: (703) 369-4738
                                 Facsimile: (703) 369-3653
                                 kspitler@vfnlaw.com
                                 bcallahan@vfnlaw.com