**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **ALICIA ANN REYNOLDS,** )<br>)<br>Plaintiff, )<br>v. )<br>**RICHARD ADDI**, )<br>and )<br>**EXOSTAR EXCHANGE, LLC**, )<br>)<br>Defendants. ) | C.A. No. 1:19cv558 (AJT/JFA) |

## NOTICE OF DISMISSAL

COMES NOW your Plaintiff, ALICA ANN REYNOLDS, by counsel, pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., and in light of her June 10, 2019 Amended Complaint filed in this case against Defendant EXOSTAR, LLC (Dkt.#6), hereby dismisses her foregoing *Pro Se* Complaint (Dkt.#1) against individual Defendant RICHARD ADDI, without prejudice.

                                                         Respectfully submitted,

                                                         ALICIA ANN REYNOLDS
                                                         By Counsel

It is SO ORDERED THIS ____ day of June, 2019.

                                                         _____
                                                         U.S. District Judge

C.A. No. 1:19cv558 (AJT/JFA)
*Reynolds v. Addi and Exostar, LLC*
Reynolds Notice of Dismissal as to Defendant Addi
Page 2 of 2

     /s/ Christopher R. Rau
Christopher R. Rau (VSB No. 34135)
Attorney for Plaintiff Alicia A. Reynolds
Law Offices of Christopher R. Rau
200 Little Falls Street, Suite 501
Falls Church, VA  22046
(703) 536-1660 – Telephone
CRRAU@AOL.COM – E-Mail

## CERTIFICATE OF SERVICE

    I hereby certify that on this 24th day of June, 2019, I filed the foregoing Notice of Dismissal with the Clerk of Court, using the CM/ECF System, which will generate a Notice of Electronic Filing (NEF), and forward said NEF, together with a copy of this Notice, to the following registered user:

    Brett A. Callahan, Esq.
    Vanderpool, Frostick & Nishanian, P.C.
    9200 Church Street, Suite 400
    Manassas, VA  20110
    bcallahan@vfnlaw.com - E-Mail
    *Counsel for Defendant Richard Addi*

     /s/ Christopher R. Rau
Christopher R. Rau (VSB No. 34135)
Attorney for Plaintiff Alicia A. Reynolds
Law Offices of Christopher R. Rau
200 Little Falls Street, Suite 501
Falls Church, VA  22046
(703) 536-1660 – Telephone
CRRAU@AOL.COM – E-Mail